```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
GERALD ROLAND,                                              :
                                                            :
                              Plaintiff,                    :
                                                            :              20-CV-5392 (VSB)
              -against-                                     :
                                                            :                  ORDER
CITY OF NEW YORK, et al.,                                   :
                                                            :
                              Defendants.                   :
                                                            :
-------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/1/2020

VERNON S. BRODERICK, United States District Judge:

        Plaintiff filed this action on July 14, 2020, (Doc. 1), and filed affidavits of service on Defendants Mohammed Rios and Raphael Mero on November 11, 2020, (Docs. 15, 16).  The deadline for Defendant Rios to respond to Plaintiff's complaint was November 23, 2020, (*see* Doc. 15), and the deadline for Defendant Mero to respond was November 27, 2020, (*see* Doc. 16).  To date, Defendants Rios and Mero have not appeared or responded to the complaint.  Accordingly, if Plaintiff intends to seek a default judgment he is directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than December 21, 2020.  If Plaintiff fails to do so or otherwise demonstrate that he intends to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    December 1, 2020
              New York, New York

                                              Vernon S. Broderick
                                              United States District Judge