UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GERALD ROLAND,<br><br>　　Plaintiff,<br><br>v.<br><br>CITY OF NEW YORK ET AL.<br><br>　　Defendants. | 20-CV-05392 (TMR)<br><br>**<u>ORDER</u>** |

Timothy M. Reif, Judge of the United States Court of International Trade:

　　On April 27, 2021, this court ordered a post-discovery conference for September 2, 2021, following the completion of discovery on August 20, 2021 (Doc. 29).  On August 19, 2021, this court ordered a postponement of the post-discovery conference and the first extension of discovery to October 19, 2021 (Doc. 31).  Subsequently, this court ordered four additional extensions of discovery (Docs. 34, 37, 39, 41).  Discovery concluded on June 21, 2022 (Doc. 41).  Upon consideration of the above orders, it is hereby:

　　ORDERED that the post-discovery conference will take place on Tuesday, August 9, 2022, at 10:00am ET via teleconference.

　　It is further ORDERED that, no later than Tuesday, July 26, 2022, the parties are to submit a joint letter updating the court on the status of the case, including but not limited to whether either party intends to file a dispositive motion and what efforts the parties have made to settle the action.  If either party contemplates filing a dispositive motion, the parties should be prepared to discuss a briefing schedule at the post-discovery conference.

It is further ORDERED that the joint pretrial order and additional submissions required by Rule 6 of the Court's Individual Rules and Practices shall be due 30 days from the post-discovery conference, or if any dispositive motion is filed, 30 days from the Court's decision on such motion.  This case shall be trial ready 60 days from the close of discovery or from the Court's decision on any dispositive motion.

SO ORDERED.

Dated: <u>July 11, 2022</u>
      New York, New York

<u>/s/ Timothy M. Reif</u>
Timothy M. Reif, Judge
United States Court of International Trade
*Sitting by Designation*
United States District Court for the
Southern District of New York