UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GERALD ROLAND,

      Plaintiff,

v.

CITY OF NEW YORK ET AL.

      Defendants.

20-CV-05392 (TMR)

**ORDER**

Timothy M. Reif, Judge of the United States Court of International Trade, Sitting by Designation:

On April 19, 2022, the court granted a letter motion for an extension of time to complete discovery by June 21, 2022 (Doc. 41).  On August 24, 2022, the court held a post-discovery conference where the parties discussed several discovery issues that may still be unresolved (Doc. 47).  Upon consideration of the above order and post-discovery conference, it is hereby:

ORDERED that, no later than Monday, August 29, 2022, the parties shall file a joint letter informing the court as to whether they agree that discovery was completed on June 21, 2022.  If the parties disagree and either anticipates filing a motion for an order relating to discovery, the party or parties shall file any such motion by Monday, September 12, 2022.

It is further ORDERED that, if the parties do not anticipate filing any motions relating to discovery, and if either party contemplates filing a dispositive motion, the parties shall file a proposed briefing schedule for any such motion no later than Monday, September 12, 2022.

It is further ORDERED that the deadline to file the joint pretrial order and additional submissions required by Rule 6 of the Court's Individual Rules and Practices and the deadline for the case to be trial ready are postponed.

SO ORDERED.


|                          | /s/ Timothy M. Reif                              |
| Dated: August 24, 2022   | Timothy M. Reif, Judge                           |
|        New York, New York | United States Court of International Trade       |
|                          | *Sitting by Designation*                         |
|                          | United States District Court for the             |
|                          | Southern District of New York                    |