

| HON. SYLVIA O. HINDS-RADIX<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, N.Y. 10007 | JEFFREY F. FRANK<br>*Assistant Corporation Counsel*<br>Email: jefrank@law.nyc.gov<br>Cell: (929) 930-0780<br>Tel: (212) 356-3541 |
|---|---|---|

October 17, 2022

**VIA ECF**
Honorable Timothy M. Reif
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

SO ORDERED   10/18/2022

*Timothy Reif*

TIMOTHY M. REIF, JUDGE
UNITED STATES COURT OF
INTERNATIONAL TRADE
*SITTING BY DESIGNATION*
UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF
NEW YORK

Re: *Gerald Roland v. City of New York, et al.*,
20 Civ. 5392 (TMR)

Your Honor:

I am an Assistant Corporation Counsel in the Office of Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, representing defendants City of New York ("City"), Detective Mohammed Rios, Sergeant Raphael Mero, and UC 322 in the above-referenced matter. With plaintiff's consent, defendants write to respectfully request an extension of the briefing schedule for defendants' motion for summary judgment.

This is defendants' first request for an extension. It is necessitated by scheduling commitments in other matters handled by the undersigned, including recently scheduled depositions. As such, defendants respectfully request that the Court extend the deadlines for:

- Defendants' motion, from October 21, 2022, until November 4, 2022;

- Plaintiff's opposition, from November 18, 2022, until December 2, 2022; and

- Defendants' reply, if any, from December 7, 2022, until December 16, 2022.

Defendants thank the Court for its consideration of this matter.

Respectfully submitted,

Jeffrey F. Frank
*Assistant Corporation Counsel*
Special Federal Litigation Division

cc: All Counsel (via ECF)