UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **GERALD ROLAND,**<br><br>      Plaintiff,<br><br>v.<br><br>**CITY OF NEW YORK, MOHAMMED RIOS, RAPHAEL MERO, UNDERCOVER OFFICER NO. C0322 AND JOHN OR JANE DOE 1-10,**<br><br>      Defendants. | 20-CV-05392 (TMR)<br><br>**ORDER** |

<u>Timothy M. Reif, Judge, United States Court of International Trade:</u>

Upon consideration of defendant's motion for summary judgment, and upon consideration of other papers and proceedings herein, it is hereby

**ORDERED** that an oral argument in the above-captioned case shall be held on Thursday, March 28, 2024, at 10:00am EST in Courtroom No. 1 of the United States Court of International Trade, 1 Federal Plaza, New York, New York, 10278, with the option to appear via videoconference.

      **SO ORDERED.**

Dated: <u>November 15, 2023</u>
      New York, New York

<u>/s/ Timothy M. Reif</u>
Timothy M. Reif, Judge
United States Court of International Trade
*Sitting by Designation*
United States District Court for the
Southern District of New York