# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------X
GERALD ROLAND,

                Plaintiff,                              20 **CIVIL** 5392 (TMR)

     -against-                                    **JUDGMENT**

CITY OF NEW YORK, MOHAMMED RIOS, RAPHAEL MERO, UNDERCOVER OFFICER NO. C0322 AND JOHN OR JANE DOE 1-10,

                Defendants.
-------------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 31, 2024, Defendants' motion for summary judgment is GRANTED.

**Dated:**  New York, New York
           June 3, 2024

                                                          **RUBY J. KRAJICK**
                                                             **Clerk of Court**

                                      **BY:**
                                                            **Deputy Clerk**